IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL FUERST,

                Petitioner,

v.

ROBERT HUMPHREYS,

                Respondent.

ORDER

14-cv-556-jdp

---

Pro se petitioner Daniel Fuerst has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. After screening the petition, I directed petitioner to show cause why it should not be dismissed. Dkt. 4. I concluded that the petition did not appear to be timely and that petitioner did not present sufficient facts supporting each ground for relief. *Id.* I gave petitioner until April 25, 2016, to respond to the order, and I warned him that if he failed to respond, then I would dismiss his petition. *Id.* The deadline for a response has now past and petitioner has not responded to my order.

Accordingly, IT IS ORDERED that:

1. Petitioner Daniel Fuerst's petition for a writ of habeas corpus is DISMISSED.
2. The clerk of court is directed to close this case.

Entered June 2, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge