IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL R. FUERST,

    Petitioner,                            JUDGMENT IN A CIVIL CASE

v.                                        Case No. 14-cv-556-jdp

ROBERT HUMPHREYS,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Daniel Fuerst's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

    /s/                                                            6/2/2016

Peter Oppeneer, Clerk of Court                      Date